FILED

11/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0003

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0003

IN RE PETITION OF BRANDON S. LAW TO
SUBMIT LATE APPLICATION TO TAKE THE
BAR EXAM

FILED

NOV 0 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Brandon S. Law has filed a petition for leave to submit a late application to take the Montana Bar Examination administered in February 2022. Laws' petition establishes good cause for the request. Law must also comply with all other applicable Rules of Admission, including character and fitness certification, in sufficient time to ultimately be able to sit for the examination. Therefore,

IT IS HEREBY ORDERED that the petition of Brandon S. Law for leave to submit a late application to take the Montana Bar Examination in February 2022 is GRANTED, subject to completion of all exam prerequisites. The application should be submitted no later than November 15, 2021.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 2nd day of November, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices